
*Infrastructure · Water · Environment · Buildings*

May 5, 2011
Hattiesburg, MS –LA002999.0002

Ashland Inc.
Bruce Hough
  c/o Nancy Berrios
500 Hercules Road Bldg 8139-48
Wilmington, DE 19808-1599

Subject:    Hattiesburg, MS – PO# 4501535874
               Invoice and Summary of Work Performed
               0379844

Dear Mr. Bruce Hough,

This letter transmits ARCADIS' invoice number 0379844 for professional services relating to the Ashland Inc. Hattiesburg, MS project. The attached invoice and associated back-up covers activities and work performed by ARCADIS for the period of March 28, 2011 to April 24, 2011.

The activities covered by this invoice are described in further detail as follows:

### Task 00100 – REMEDIAL SYSTEM

| Name | Hours | Description of Activity |
|---|---|---|
| Noone, Berva | 0.30 | Quality assurance |
| Ballard, Tara | 1.10 | Letter production; shipping |
| Pham, Kim | 2.50 | Word processing; CD production |

### Task 00700 – AGENCY OVERSIGHT

| Name | Hours | Description of Activity |
|---|---|---|
| Ellis, Randall | 8.00 | Conference calls; conceptual site model planning; data review; prep for Peer Review |
| McIlwain, Pamela | 1.50 | Permit review |
| Killenbeck, Eric | 1.50 | Conference call; conceptual site model planning |
| Derouen, Craig | 13.00 | Conference calls; conceptual site model planning; coordinate with Nasal Ranger for user testimonials; prep for Peer |

Imagine the result

**ARCADIS**

Mr. Bruce Hough
May 5, 2011

|  |  | Review; coordinate with MDEQ on Delnav sampling for 2011 |
|---|---|---|

### Task 00700 – REIMBURSABLE EXPENSES

| Equipment Rental | Water quality field instrument |
|---|---|

Should you have any questions concerning this invoice or the work performed, please feel free to contact me at 225-292-1004.

Sincerely,

*John Ellis*

John Ellis
Project Manager

C:\Documents and Settings\dslater\Local Settings\Temporary Internet Files\Content.Outlook\F5SZ632C\Hattiesburg 0002 April.doc

Page:
2/2


**Infrastructure · Water · Environment · Buildings**

May 05, 2011
Project No: LA002999.0002
Invoice No: 0379844

ASHLAND INCORPORATED
ATTN: MR. BRUCE HOUGH
C/O NANCY BERRIOS, ASHLAND
HERCULES RESEARCH CENTER
500 HERCULES ROAD, BLDG 8139-48
WILMINGTON, DE 19808-1599

2011 HERCULES HATTIESBURG, MS - PO 4501535874
**Professional Services from March 28, 2011 to April 24, 2011**

Task 00100 REMEDIAL SYSTEM
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| PROJECT ASSISTANT | | | | |
| NOONE, BERVA | 0.30 | 56.00 | 16.80 | |
| ADMINISTRATOR | | | | |
| BALLARD, TARA | 1.10 | 43.00 | 47.30 | |
| PHAM, KIM | 2.50 | 43.00 | 107.50 | |
| Totals | 3.90 | | 171.60 | |
| **Total Labor** | | | | 171.60 |
| | | Total this Task | | $171.60 |

Task 00700 AGENCY OVERSIGHT
**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| PROGRAM MANAGER | | | | |
| ELLIS, RANDALL | 8.00 | 140.00 | 1,120.00 | |
| SENIOR PROJECT MANAGER | | | | |
| MCILWAIN, PAMELA | 1.50 | 126.00 | 189.00 | |
| SENIOR PROJECT MANAGER | | | | |
| KILLENBECK, ERIC | 1.50 | 126.00 | 189.00 | |
| SENIOR STAFF HYDROGEOLOGIST/ENG 2 | | | | |
| DEROUEN, CRAIG | 13.00 | 107.00 | 1,391.00 | |
| Totals | 24.00 | | 2,889.00 | |
| **Total Labor** | | | | 2,889.00 |

**Reimbursable Expenses**
EQUIPMENT RENTAL

| | | | | |
|---|---|---|---|---|
| 4/24/2011 DEVONIAN GROUP | EQUIPMENT RENTAL | | 48.60 | |
| **Total Reimbursables** | | 1.05 times | 48.60 | 51.03 |
| | | **Total this Task** | | **$2,940.03** |
| | | **Total this Invoice** | | **$3,111.63** |

Bank: Wells Fargo Bank NA
Account number: 1018164751
Account Name: ARCADIS U.S., Inc. Lockbox Account

ACH bank routing (ABA) number: 102000076
Wire transfer bank routing (ABA) number: 121000248

Please Remit To: ARCADIS U.S., Inc.
Dept. 547, Denver, Colorado 80291-0547, 720.344.3500
TERMS: Net 30 days

| Project | LA002999.0002 | ASHLAND 2011 TECH SUPPORT - HATTIESBURG | | | Invoice | 0379844 |

# Billing Backup

ARCADIS  Invoice 0379844 Dated 5/5/2011

Thursday, May 05, 2011
10:17:28 AM

| Task | 00100 | REMEDIAL SYSTEM | | | | |
|---|---|---|---|---|---|---|
| **Professional Personnel** | | | | | | |
| | | | Hours | Rate | Amount | |
| PROJECT ASSISTANT | | | | | | |
| 01398 | NOONE, BERVA | 4/3/2011 | 0.30 | 56.00 | 16.80 | |
| ADMINISTRATOR | | | | | | |
| 12882 | BALLARD, TARA | 4/3/2011 | 0.80 | 43.00 | 34.40 | |
| 17024 | PHAM, KIM | 4/3/2011 | 1.50 | 43.00 | 64.50 | |
| 12882 | BALLARD, TARA | 4/10/2011 | 0.30 | 43.00 | 12.90 | |
| 17024 | PHAM, KIM | 4/10/2011 | 1.00 | 43.00 | 43.00 | |
| | Totals | | 3.90 | | 171.60 | |
| | **Total Labor** | | | | | 171.60 |
| | | | | **Total this Task** | | **$171.60** |

| Task | 00700 | AGENCY OVERSIGHT | | | | |
|---|---|---|---|---|---|---|
| **Professional Personnel** | | | | | | |
| | | | Hours | Rate | Amount | |
| PROGRAM MANAGER | | | | | | |
| 02829 | ELLIS, RANDALL | 4/3/2011 | 1.00 | 140.00 | 140.00 | |
| 02829 | ELLIS, RANDALL | 4/3/2011 | 1.00 | 140.00 | 140.00 | |
| 02829 | ELLIS, RANDALL | 4/3/2011 | 1.00 | 140.00 | 140.00 | |
| 02829 | ELLIS, RANDALL | 4/10/2011 | 1.00 | 140.00 | 140.00 | |
| 02829 | ELLIS, RANDALL | 4/10/2011 | 1.00 | 140.00 | 140.00 | |
| 02829 | ELLIS, RANDALL | 4/17/2011 | 1.00 | 140.00 | 140.00 | |
| 02829 | ELLIS, RANDALL | 4/24/2011 | 1.00 | 140.00 | 140.00 | |
| 02829 | ELLIS, RANDALL | 4/24/2011 | 1.00 | 140.00 | 140.00 | |
| SENIOR PROJECT MANAGER | | | | | | |
| 09855 | MCILWAIN, PAMELA | 4/10/2011 | 1.50 | 126.00 | 189.00 | |
| SENIOR PROJECT MANAGER | | | | | | |
| 07427 | KILLENBECK, ERIC | 4/10/2011 | 1.00 | 126.00 | 126.00 | |
| 07427 | KILLENBECK, ERIC | 4/10/2011 | 0.50 | 126.00 | 63.00 | |
| SENIOR STAFF HYDROGEOLOGIST/ENG 2 | | | | | | |
| 08931 | DEROUEN, CRAIG | 4/17/2011 | 2.00 | 107.00 | 214.00 | |
| 08931 | DEROUEN, CRAIG | 4/24/2011 | 2.50 | 107.00 | 267.50 | |
| 08931 | DEROUEN, CRAIG | 4/24/2011 | 2.00 | 107.00 | 214.00 | |
| 08931 | DEROUEN, CRAIG | 4/24/2011 | 6.50 | 107.00 | 695.50 | |
| | Totals | | 24.00 | | 2,889.00 | |
| | **Total Labor** | | | | | 2,889.00 |

**Reimbursable Expenses**
EQUIPMENT RENTAL

| AP | 1458951 | 4/24/2011 | DEVONIAN GROUP / Invoice: 11050, 4/11/2011 | | 48.60 | |
|---|---|---|---|---|---|---|
| | | **Total Reimbursables** | | **1.05 times** | 48.60 | 51.03 |
| | | | | **Total this Task** | | **$2,940.03** |
| | | | | **Total this Report** | | **$3,111.63** |

Bank: Wells Fargo Bank NA
Account number: 1018164751
Account Name: ARCADIS U.S., Inc. Lockbox Account

ACH bank routing (ABA) number: 102000076
Wire transfer bank routing (ABA) number: 121000248

Please Remit To: ARCADIS U.S., Inc.
Dept. 547, Denver, Colorado 80291-0547, 720.344.3500
TERMS: Net 30 days

Page 2

# Arcadis Invoice Approval Coversheet

**Vendor Name:** DEVONIAN GROUP
**Invoice Date:** 4/11/2011
**Invoice No:** 11050
**Invoice Amount:** $48.60
**Barcode:** AP271420

| LineItem | Project | Task | Amount | Description | |
|---|---|---|---|---|---|
| 1 | LA002999.0002 | 00700 | $48.60 | EQUIPMENT RENTAL | Y |
| | | Item Total: | $48.60 | | |
| | Amount to Short Pay (+) | | 0.00 | | |
| | Less Sales and Use Tax Amount (-) | | $0.00 | | |
| | Total Adjusted for sales and use tax: | | $48.60 | | |

**Approver:** Ellis, John
**Approval Date:** 4/25/2011

Devonian Group, LLC
148-C Easy Street
Lafayette, La. 70506

(337) 234-8272

# Invoice

| Date | Invoice # |
|---|---|
| 4/11/2011 | 11050 |

**Bill To**

Arcadis U.S., Inc.
Attention: Accounts Payable
630 Plaza Drive, Suite 600
Highlands Ranch, CO 80129

RECEIVED

APR ** 201*

BC#_____
V#_____

| | Project |
|---|---|
| | |

| Description | Amount |
|---|---|
| ***Ashland Chemical; Hattisburg, MS*** | |
| ***Project #LA002999.0002.00007; John Ellis*** | |
| | |
| Ultrameter; 1 day @ $45/day | 45.00T |
| Sales Tax | 3.60 |

| **Total** | $48.60 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $48.60 |