

Sewer System Map — Former Hercules Site, City of Hattiesburg, Forrest County, Mississippi (Hercules 190406)